Timothy J. Carlstedt (SBN 168855) (tcarlstedt@huntonak.com)
HUNTON ANDREWS KURTH LLP
50 California Street, Suite 1700
San Francisco, CA 94111
Tel.: (415) 975-3700
Fax: (415) 975-3701

*Counsel for Constellation Brands U.S. Operations, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTELLATION BRANDS U.S. OPERATIONS, INC., a New York corporation, <br><br> *Plaintiff*, <br><br> v. <br><br> THE VINEYARD HOUSE, LLC, a California limited liability company, <br><br> *Defendant*. | Case No.: 3:20-cv-00238 <br><br> **PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION** <br><br> Hearing: January 31, 2020 <br> Time: 3:00 pm <br> Ctrm: 1, 4th Floor <br> Judge: Hon. Yvonne Gonzalez Rogers |

**PLEASE TAKE NOTICE** that on January 31, 2020 at 3:00 p.m., or as soon thereafter as the matter may be heard, at the above-entitled Court located at 1301 Clay Street, Courtroom 1, Oakland, California, Plaintiff will and hereby does move this Court for a preliminary injunction against Defendant, pursuant to Federal Rule of Civil Procedure 65(a).

Specifically, Plaintiff seeks an order preliminarily enjoining Defendant, The Vineyard House, LLC, from offering or selling wine products that bear Constellation's TO KALON® trademark until trial is held in this matter.

This Motion is based upon this Notice of Motion, the Memorandum of Points and Authorities in support hereof, the declarations of John Seethoff, Armin Ghiam, and David Gunn, and exhibits attached thereto, and the Proposed Order Granting Preliminary Injunction filed

1 concurrently herewith, and such other and further evidence and argument as may be presented at
2 the hearing on this Motion.

| | |
|---|---|
| Dated: January 10, 2020 | By: /s/ Timothy J. Carlstedt<br>Timothy J. Carlstedt<br>HUNTON ANDREWS KURTH LLP<br>50 California Street, Suite 1700<br>San Francisco, CA 94111<br>Tel.: (415) 975-3700<br>Fax: (415) 975-3701<br>Email: tcarlstedt@huntonak.com<br><br>*Counsel for Plaintiff,*<br>*Constellation Brands U.S. Operations, Inc.* |

HUNTON ANDREWS KURTH LLP

PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION — - 2 -   3:20-CV-00238

# CERTIFICATE OF SERVICE

The undersigned certifies that **PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION** was served on Defendant's counsel by email (with consent) on this 10th day of January 2020:

> Glenn Philip Zwang
> Peter H. Bales
> Farah P. Bhatti
> Christina L. Trinh
> BUCHALTER
> 18400 Von Karman Ave., Suite 800
> Irvine, CA  92612-0514
> Tel.: (949) 760-1121
> Fax: (949) 720-0182
> Email:    gzwang@buchalter.com
>                pbales@buchalter.com
>                fbhatti@buchalter.com
>                ctrinh@buchalter.com

Dated: January 10th, 2020           By:     /s/ *Timothy J. Carlstedt*

                                                        Hunton Andrews Kurth LLP