HUNTON ANDREWS KURTH LLP
TIMOTHY J. CARLSTEDT (SBN 168855)
50 California Street, Suite 1700
San Francisco, California 94111
Telephone: 415 • 975 • 3700
Facsimile: 415 • 975 • 3701
tcarlstedt@HuntonAK.com

Edward T. Colbert
(ecolbert@huntonak.com)
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
Tel.: (202) 955-1500
Fax: (202) 778-2201

Attorneys for Plaintiff
Constellation Brands U.S. Operations, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTELLATION BRANDS U.S. OPERATIONS, INC., a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE VINEYARD HOUSE, LLC, a California limited liability company,<br><br>Defendant. | CASE NO.:  4:20-CV-00238-YGR<br><br>**PLAINTIFF CONSTELLATION BRANDS U.S. OPERATIONS, INC.'S CERTIFICATE OF INTERESTED PARTIES**<br><br>DATE:      January 16, 2020<br><br>Complaint Filed:      January 10, 2020 |

CERTIFICATE OF INTERESTED PARTIES

Hunton Andrews Kurth LLP
50 California Street, Suite 1700
San Francisco, California 94111

1   Pursuant to Civil Local Rule 3-15 of this Court, the undersigned certifies that as of this date, other

2   than the named parties, there is no such interest to report.

3

4   DATED:  January 16, 2020                           HUNTON ANDREWS KURTH LLP

5

6                                                      By:   */s/* Timothy J. Carlstedt

                                                             Timothy J. Carlstedt

7

8                                                            *Counsel for Plaintiff*

                                                             *Constellation Brands U.S. Operations, Inc.*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Hunton Andrews Kurth LLP**
**50 California Street, Suite 1700**
**San Francisco, California 94111**

2

CERTIFICATE OF INTERESTED PARTIES

**CERTIFICATE OF SERVICE**

The undersigned certifies that **PLAINTIFF CONSTELLATION BRANDS U.S. OPERATIONS, INC.'S CERTIFICATE OF INTERESTED PARTIES** was served on Defendant's counsel by USPS mail and email on this 16th day of January 2020:

| | |
|---|---|
| Peter H. Bales | Glenn Philip Zwang |
| Farah P. Bhatti | BUCHALTER |
| Christina L. Trinh | 333 Market Street, 25th Floor |
| Michael L. Meeks | San Francisco, CA 94105 |
| BUCHALTER | gzwang@buchalter.com |
| 18400 Von Karman Ave., Suite 800 | |
| Irvine, CA  92612-0514 | |
| Tel.: (949) 760-1121 | Jeffrey Michael Judd |
| Fax: (949) 720-0182 | Peter H. Bales |
| Email: pbales@buchalter.com | Buchalter, A Professional Corporation |
|     mmeeks@buchalter.com | 55 Second Street, Suite 1700 |
|     fbhatti@buchalter.com | San Francisco, CA 94105 |
|     ctrinh@buchalter.com | jjudd@buchalter.com |
| | pbales@buchalter.com |

Dated:  January 16, 2020          By:      /s/ Timothy J. Carlstedt
                                                      Timothy J. Carlstedt

Hunton Andrews Kurth LLP
50 California Street, Suite 1700
San Francisco, California 94111

CERTIFICATE OF INTERESTED PARTIES