BUCHALTER
A Professional Corporation
GLENN P. ZWANG (SBN: 112295)
JEFFREY M. JUDD (SBN: 136358)
PETER BALES (SBN: 251345)
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: 415.227-0900
Fax: 415.227.0770
Email:   gzwang@buchalter.com
         jjudd@buchalter.com
         pbales@buchalter.com

Attorneys for Plaintiff
THE VINEYARD HOUSE, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

| | |
|---|---|
| CONSTELLATION BRANDS U.S. OPERATIONS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>THE VINEYARD HOUSE, LLC,<br><br>Defendant. | Case No. 4:20-cv-238-YGR<br><br>**STIPULATION TO ENLARGE TIME FOR TVH TO FILE RESPONSE TO COMPLAINT** |

A. Whereas plaintiff Constellation Brands U.S. Operations, Inc. ("CBUSO") filed the above complaint on January 10, 2020, which by rule requires defendant The Vineyard House ("TVH") to respond on or before January 31, 2020;

B. Whereas the Local Rules of the Northern District California United States District Court provide: "Parties may stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint, or to enlarge or shorten the time in matters not required to be filed or lodged with the Court, provided the change will not alter the date of any event or any deadline already fixed by Court order";

C. Whereas, as of the date set forth below, the Court has not by order fixed the date of any event or any deadline;

D. Whereas TVH has requested enlargement of time to set the deadline for TVH to respond to the Complaint on or before February 5, 2020, which CBUSO has consented to,

THE PARTIES THROUGH THEIR COUNSEL STIPULATE AS FOLLOWS:

1. The time within which TVH has to answer or otherwise respond to the Complaint is enlarged to February 5, 2020.

IT IS SO STIPULATED.

DATED: January 30, 2020                    CONSTELLATION BRANDS U.S. OPERATIONS, INC.

                                           By: /s/ Edward T. Colbert
                                               Edward T. Colbert
                                               *Attorneys for Constellation*


DATED: January 30, 2020                    THE VINEYARD HOUSE, LLC

                                           By: /s/ Jeffrey M. Judd
                                               Jeffrey M. Judd
                                               *Attorneys for TVH*