BUCHALTER
A Professional Corporation
GLENN P. ZWANG (SBN: 112295)
JEFFREY M. JUDD (SBN: 136358)
PETER H. BALES (SBN: 251345)
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: 415.227.0900
Facsimile: 415.227.0770
Email:  gzwang@buchalter.com
        jjudd@buchalter.com
        pbales@buchalter.com

Attorneys for Defendant
The Vineyard House, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

| | |
|---|---|
| CONSTELLATION BRANDS U.S. OPERATIONS, INC., <br><br>Plaintiff, <br><br>vs. <br><br>THE VINEYARD HOUSE, LLC, <br><br>Defendant. | Case No. 4:20-cv-00238-YGR <br><br> **DEFENDANT THE VINEYARD HOUSE, LLC'S ANSWER TO COMPLAINT** <br><br> Hon. Yvonne Gonzalez Rogers |

Defendant The Vineyard House, LLC ("TVH") files this Answer to the Complaint of Plaintiff Constellation Brands U.S. Operations, Inc. ("Constellation") as follows:

1.     Paragraph 1 contains only argument to which no response is required. To the extent that the paragraph purports to set out Constellation's allegations, TVH denies those allegations.

2.     Paragraph 2 contains only argument to which no response is required. To the extent that the paragraph purports to set out Constellation's allegations, TVH denies those allegations.

3.     Paragraph 3 contains only argument to which no response is required. To the

BUCHALTER
A Professional Corporation
San Francisco

BN 39332960v1

1

DEFENDANT THE VINEYARD HOUSE, LLC'S
ANSWER TO COMPLAINT

Case No. 4:20-cv-0238-YGR

extent that the paragraph purports to set out Constellation's allegations, TVH admits that Robert Mondavi Winery registered the marks alleged, but TVH denies the remaining allegations.

4. Paragraph 4 contains only argument to which no response is required. To the extent that the paragraph purports to set out Constellation's allegations, TVH denies those allegations.

5. Paragraph 5 contains only argument to which no response is required. To the extent that the paragraph purports to set out Constellation's allegations, TVH denies those allegations.

6. With respect to Paragraph 6 of the Complaint, TVH presently lacks sufficient knowledge or information to admit or deny the allegations contained in the paragraph, and therefore denies the allegations on that basis.

7. With respect to Paragraph 7 of the Complaint, TVH admits the allegations.

8. With respect to Paragraph 8 of the Complaint, TVH admits that this Court has subject matter jurisdiction.

9. With respect to Paragraph 9 of the Complaint, TVH admits that this Court has subject matter jurisdiction.

10. With respect to Paragraph 10 of the Complaint, TVH admits that venue is proper. TVH denies the remaining allegations of paragraph 10.

11. Paragraph 11 contains only argument to which no response is required. To the extent that the paragraph purports to set out Constellation's allegations, TVH denies those allegations.

12. Paragraph 12 contains only argument to which no response is required. To the extent that the paragraph purports to set out Constellation's allegations, TVH denies those allegations.

13. With respect to Paragraph 13 of the Complaint, TVH presently lacks sufficient knowledge or information to admit or deny the allegations contained in the paragraph, and therefore denies the allegations on that basis.

14. With respect to Paragraph 14 of the Complaint, TVH presently lacks sufficient

BUCHALTER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

DEFENDANT THE VINEYARD HOUSE, LLC'S
ANSWER TO COMPLAINT

2

Case No. 4:20-cv-0238-YGR

knowledge or information to admit or deny the allegations contained in the paragraph, and therefore denies the allegations on that basis.

15. Paragraph 15 contains only argument to which no response is required. To the extent that the paragraph purports to set out Constellation's allegations, TVH denies those allegations.

16. With respect to Paragraph 16 of the Complaint, TVH presently lacks sufficient knowledge or information to admit or deny the allegations contained in the paragraph, and therefore denies the allegations on that basis.

17. Paragraph 17 contains only argument to which no response is required. To the extent that the paragraph purports to set out Constellation's allegations, TVH denies those allegations.

18. Paragraph 18 contains only argument to which no response is required. To the extent that the paragraph purports to set out Constellation's allegations, TVH denies those allegations.

19. Paragraph 19 contains only argument to which no response is required. To the extent that the paragraph purports to set out Constellation's allegations, TVH denies those allegations.

20. With respect to Paragraph 20 of the Complaint, TVH presently lacks sufficient knowledge or information to admit or deny the allegations contained in the paragraph, and therefore denies the allegations on that basis.

21. With respect to Paragraph 21 of the Complaint, TVH admits that Robert Mondavi Winery registered the marks alleged, but denies the remaining allegations of the paragraph.

22. With respect to Paragraph 22 of the Complaint, TVH presently lacks sufficient knowledge or information to admit or deny the allegations contained in the paragraph, and therefore denies the allegations on that basis.

23. With respect to Paragraph 23 of the Complaint, TVH denies all the allegations.

24. With respect to Paragraph 24 of the Complaint, TVH denies all the allegations.

25. With respect to Paragraph 25 of the Complaint, TVH presently lacks sufficient

BUCHALTER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

DEFENDANT THE VINEYARD HOUSE, LLC'S
ANSWER TO COMPLAINT

3

Case No. 4:20-cv-0238-YGR

knowledge or information to admit or deny the allegations contained in the paragraph, and therefore denies the allegations on that basis.

26. With respect to Paragraph 26 of the Complaint, TVH denies all the allegations.

27. With respect to Paragraph 27 of the Complaint, TVH denies all the allegations.

28. With respect to Paragraph 28 of the Complaint, TVH denies all the allegations.

29. With respect to Paragraph 29 of the Complaint, TVH presently lacks sufficient knowledge or information to admit or deny the allegations contained in the paragraph, and therefore denies the allegations on that basis.

30. With respect to Paragraph 30 of the Complaint, TVH admits that Jeremy Justin Nickel is the President of TVH, but TVH denies the remaining allegations of paragraph 30.

31. With respect to Paragraph 31 of the Complaint, TVH denies all the allegations.

32. With respect to Paragraph 32 of the Complaint, TVH denies all the allegations.

33. Paragraph 33 contains only argument to which no response is required. To the extent that the paragraph purports to set out Constellation's allegations, TVH admits that the Arbitration Award is attached to the Complaint, but denies the remaining allegations.

34. With respect to Paragraph 34 of the Complaint, TVH denies all the allegations.

35. Paragraph 35 contains only argument to which no response is required. To the extent that the paragraph purports to set out Constellation's allegations, TVH admits that the Arbitration Award is attached to the Complaint, but denies the remaining allegations.

36. With respect to Paragraph 36 of the Complaint, TVH admits that the Award was upheld by a Court of Appeal.

37. With respect to Paragraph 37 of the Complaint, TVH denies all the allegations.

38. With respect to Paragraph 37 of the Complaint, TVH admits that it filed the "Related Action" and that the Related Action alleges the allegations set forth in TVH's First Amended Complaint in the Related Action, but TVH denies the remaining allegations of Paragraph 38.

39. With respect to Paragraph 39 of the Complaint, TVH denies all the allegations.

40. With respect to Paragraph 40 of the Complaint, TVH denies all the allegations.

4

BUCHALTER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

DEFENDANT THE VINEYARD HOUSE, LLC'S
ANSWER TO COMPLAINT

Case No. 4:20-cv-0238-YGR

41. Paragraph 41 contains only argument to which no response is required. To the extent that the paragraph purports to set out Constellation's allegations, TVH denies those allegations.

42. With respect to Paragraph 42 of the Complaint, TVH denies all the allegations.

43. With respect to Paragraph 43 of the Complaint, TVH admits that it filed the trademark applications identified, but denies the remaining allegations of Paragraph 43.

44. With respect to Paragraph 44 of the Complaint, TVH denies all the allegations.

45. With respect to Paragraph 45 of the Complaint, TVH admits that it provided the discovery responses quoted, but denies the remaining allegations of Paragraph 45.

46. Paragraph 46 contains only argument to which no response is required. To the extent that the paragraph purports to set out Constellation's allegations, TVH denies those allegations.

47. With respect to Paragraph 47 of the Complaint, TVH admits that it made a 2015 Cabernet Sauvignon from grapes harvested solely from "Block 8," which THV is informed and believes is located on the portion of TVH land that was once owned by Crabb and where Crabb grew wine grapes in the waning years of the 19th Century. TVH admits that it offered its 2015 Block 8 Cabernet Sauvignon (the "Block 8 Cab") for sale to those members of the TVH wine club who took delivery of other TVH wines in December 2019. TVH denies the remaining allegations of Paragraph 47.

48. Paragraph 48 contains only argument to which no response is required. To the extent that the paragraph purports to set out Constellation's allegations, TVH denies those allegations.

49. Paragraph 49 contains only argument to which no response is required. To the extent that the paragraph purports to set out Constellation's allegations, TVH denies those allegations.

50. With respect to Paragraph 50 of the Complaint, TVH denies all the allegations.

51. With respect to Paragraph 51 of the Complaint, TVH admits that prior to offering the Block 8 Cabernet Sauvignon for sale, TVH wines did not include "H.W. Crabb's To Kalon

5

BUCHALTER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

DEFENDANT THE VINEYARD HOUSE, LLC'S
ANSWER TO COMPLAINT

Case No. 4:20-cv-0238-YGR

Vineyard" or reference to "The To Kalon Vineyard" on their labels, but denies the remaining allegations of Paragraph 51.

52. With respect to Paragraph 52 of the Complaint, TVH denies all the allegations.

53. With respect to Paragraph 53 of the Complaint, TVH denies all the allegations.

54. With respect to Paragraph 54 of the Complaint, TVH denies all the allegations.

55. With respect to Paragraph 55 of the Complaint, TVH denies all the allegations.

56. With respect to Paragraph 56 of the Complaint, TVH denies all the allegations.

57. With respect to Paragraph 57 of the Complaint, TVH denies all the allegations.

58. Paragraph 58 contains only argument to which no response is required. To the extent that the paragraph purports to set out Constellation's allegations, TVH denies those allegations.

59. TVH restates and incorporates its responses to paragraphs 1-58 above as set forth fully herein.

60. With respect to Paragraph 60 of the Complaint, TVH admits that Robert Mondavi Winery registered the marks alleged, but denies the remaining allegations of the paragraph.

61. With respect to Paragraph 61 of the Complaint, TVH denies all the allegations.

62. With respect to Paragraph 62 of the Complaint, TVH denies all the allegations.

63. With respect to Paragraph 63 of the Complaint, TVH denies all the allegations.

64. With respect to Paragraph 64 of the Complaint, TVH denies all the allegations.

65. With respect to Paragraph 65 of the Complaint, TVH denies all the allegations.

66. With respect to Paragraph 66 of the Complaint, TVH denies all the allegations.

67. With respect to Paragraph 67 of the Complaint, TVH denies all the allegations.

68. With respect to Paragraph 68 of the Complaint, TVH denies all the allegations.

69. With respect to Paragraph 69 of the Complaint, TVH denies all the allegations.

70. TVH restates and incorporates its responses to paragraphs 1-69 above as set forth fully herein.

71. With respect to Paragraph 71 of the Complaint, TVH denies all the allegations.

72. With respect to Paragraph 72 of the Complaint, TVH denies all the allegations.

BUCHALTER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

DEFENDANT THE VINEYARD HOUSE, LLC'S
ANSWER TO COMPLAINT

6

Case No. 4:20-cv-0238-YGR

73. With respect to Paragraph 73 of the Complaint, TVH denies all the allegations.

74. With respect to Paragraph 74 of the Complaint, TVH denies all the allegations.

75. TVH restates and incorporates its responses to paragraphs 1-74 above as set forth fully herein.

76. With respect to Paragraph 76 of the Complaint, TVH denies all the allegations.

77. With respect to Paragraph 77 of the Complaint, TVH denies all the allegations.

78. With respect to Paragraph 78 of the Complaint, TVH denies all the allegations.

79. With respect to Paragraph 79 of the Complaint, TVH denies all the allegations.

80. With respect to Paragraph 80 of the Complaint, TVH denies all the allegations.

81. TVH restates and incorporates its responses to paragraphs 1-80 above as set forth fully herein.

82. With respect to Paragraph 82 of the Complaint, TVH denies all the allegations.

83. With respect to Paragraph 83 of the Complaint, TVH denies all the allegations.

84. With respect to Paragraph 84 of the Complaint, TVH denies all the allegations.

85. With respect to Paragraph 85 of the Complaint, TVH denies all the allegations.

86. With respect to Paragraph 86 of the Complaint, TVH denies all the allegations.

87. With respect to Paragraph 87 of the Complaint, TVH denies all the allegations.

88. With respect to Paragraph 88 of the Complaint, TVH denies all the allegations.

89. With respect to Paragraph 89 of the Complaint, TVH denies all the allegations.

90. With respect to Paragraph 90 of the Complaint, TVH denies all the allegations.

91. With respect to Paragraph 91 of the Complaint, TVH denies all the allegations.

92. TVH restates and incorporates its responses to paragraphs 1-91 above as set forth fully herein.

93. With respect to Paragraph 93 of the Complaint, TVH denies all the allegations.

94. With respect to Paragraph 94 of the Complaint, TVH denies all the allegations.

95. With respect to Paragraph 95 of the Complaint, TVH denies all the allegations.

96. With respect to Paragraph 96 of the Complaint, TVH denies all the allegations.

97. With respect to Paragraph 97 of the Complaint, TVH denies all the allegations.

BUCHALTER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

7

DEFENDANT THE VINEYARD HOUSE, LLC'S
ANSWER TO COMPLAINT

Case No. 4:20-cv-0238-YGR

98. With respect to Paragraph 98 of the Complaint, TVH denies all the allegations.

99. With respect to Paragraph 99 of the Complaint, TVH denies all the allegations.

100. With respect to Paragraph 100 of the Complaint, TVH denies all the allegations.

101. With respect to Paragraph 101 of the Complaint, TVH denies all the allegations.

102. With respect to Paragraph 102 of the Complaint, TVH denies all the allegations.

103. TVH restates and incorporates its responses to paragraphs 1-102 above as set forth fully herein.

104. With respect to Paragraph 104 of the Complaint, TVH denies all the allegations.

105. With respect to Paragraph 105 of the Complaint, TVH denies all the allegations.

106. With respect to Paragraph 106 of the Complaint, TVH denies all the allegations.

TVH denies all the allegations contained in every paragraph of Constellation's **"Prayer For Relief."**

## DEFENSES

Without admitting any of the allegations against TVH in Constellation's Complaint, TVH alleges the following defenses:

### FIRST DEFENSE

Constellation's Complaint fails to state a claim of action upon which relief can be granted and should be dismissed.

### SECOND DEFENSE

Constellation's Complaint fails to state a claim based on the defenses, allegations, and relief sought by TVH in TVH's Complaint filed in the related action, *The Vineyard House, LLC v. Constellation Brands U.S. Operations, Inc.*, No. 4:19-cv-01424-YGR (N.D. Cal.).

### THIRD DEFENSE

Constellation's Complaint and the claims alleged therein are barred, in whole or in part, by the operation of the doctrine of unclean hands.

### FOURTH DEFENSE

Constellation's Complaint and the claims alleged therein are barred, in whole or in part, by the operation of the doctrine of fraudulent registration.

BUCHALTER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

DEFENDANT THE VINEYARD HOUSE, LLC'S
ANSWER TO COMPLAINT

8

Case No. 4:20-cv-0238-YGR

## FIFTH DEFENSE

Constellation's Complaint and the claims alleged therein are barred, in whole or in part, by the operation of the doctrine of fair use.

## SIXTH DEFENSE

Constellation's Complaint and the claims alleged therein are barred, in whole or in part, by the operation of the doctrine of permissive use.

## SEVENTH DEFENSE

Constellation's Complaint and the claims alleged therein are barred, in whole or in part, by the operation of the doctrine of estoppel.

## EIGHTH DEFENSE

Constellation's Complaint and the claims alleged therein are barred, in whole or in part, by the operation of the doctrine of acquiescence.

## NINTH DEFENSE

Constellation's Complaint and the claims alleged therein are barred, in whole or in part, by the operation of the doctrine of abandonment.

## TENTH DEFENSE

Constellation's Complaint and the claims alleged therein are barred, in whole or in part, by the operation of the doctrine of waiver.

## ELEVENTH DEFENSE

Constellation's Complaint and the claims alleged therein are barred, in whole or in part, by Constellation's misrepresentations in the use of the trademarks at issue.

## PRAYER

Therefore, TVH respectfully requests that the Court:

A. Enter judgment that Constellation take nothing by its Complaint;

B. Award TVH costs incurred in defending against this action; and

C. Award TVH any other relief to which it is entitled.

//

//

9

DEFENDANT THE VINEYARD HOUSE, LLC'S
ANSWER TO COMPLAINT

Case No. 4:20-cv-0238-YGR

BUCHALTER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

| | |
|---|---|
| DATED: February 5, 2020 | BUCHALTER<br>A Professional Corporation<br><br>By:  */s/Jeffrey M. Judd*<br>　　　　GLENN P. ZWANG<br>　　　　PETER BALES<br>　　　　JEFFREY M. JUDD<br>　　　Attorneys for Defendant<br>　　THE VINEYARD HOUSE, LLC |

BUCHALTER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

DEFENDANT THE VINEYARD HOUSE, LLC'S
ANSWER TO COMPLAINT

10

Case No. 4:20-cv-0238-YGR

## CERTIFICATE OF SERVICE

The undersigned certifies that Defendant The Vineyard House, LLC's Answer to Plaintiff Constellation Brands U.S. Operations, Inc.'s Complaint was served electronically upon the following parties by the CM/ECF system on this 5th day of February, 2020.

Timothy J. Carlstedt
(tcarlstedt@huntonak.com)
HUNTON ANDREWS KURTH LLP
50 California Street, Suite 1700
San Francisco, CA 94111
Tel.: (415) 975-3700
Fax: (415) 975-3701

Edward T. Colbert
(ecolbert@huntonak.com)
Erik C. Kane
(ekane@huntonak.com)
William M. Merone
(wmerone@huntonak.com)
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
Tel.: (202) 955-1500
Fax: (202) 778-2201

Counsel for Constellation Brands U.S. Operations, Inc.

DATED: February 5, 2020                    BUCHALTER
                                           A Professional Corporation

                                           By: /s/ Karen Kosola

BUCHALTER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

DEFENDANT THE VINEYARD HOUSE. LLC'S
ANSWER TO COMPLAINT

11

Case No. 4:20-cv-0238-YGR