UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CONSTELLATION BRANDS U.S. OPERATIONS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**THE VINEYARD HOUSE, LLC,**<br><br>Defendant. | Case No. 4:20-cv-00238-YGR<br><br>**PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| DEADLINE TO SERVE WRITTEN DISCOVERY: | February 7, 2020 |
| DEADLINE TO SERVE OBJECTIONS TO WRITTEN DISCOVERY: | 10 days after service of written requests |
| DEADLINE TO PRODUCE RESPONSIVE DOCUMENTS: | 30 days after service of written requests |
| DISCLOSURE OF EXPERT REPORTS:<br>ALL EXPERTS, RETAINED AND NON-RETAINED MUST PROVIDE WRITTEN REPORTS COMPLIANT WITH FRCP 26(A)(2)(B) | March 20, 2020 |
| EXPERT REBUTTAL DISCLOSURES | March 27, 2020 |
| DEADLINE FOR FACT AND EXPERT DEPOSITIONS: | April 3, 2020 |

**IT IS SO ORDERED.**

Dated: February 10, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**